**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Kevin Murphy, : : : Plaintiff, : : v. : Civil Action No.: 1:16-cv-11453 : Verde Energy USA, Inc.; and DOES 1-10, : inclusive, : : : Defendants. : | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 18, 2016

    Respectfully submitted,

    PLAINTIFF, Kevin Murphy

    */s/ Sergei Lemberg*

    Sergei Lemberg, Esq.
    B.B.O. No.: 650671
    **LEMBERG LAW, L.L.C.**
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 18, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Stephen I. Hansen, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA 02128
*Attorney for Defendant*

            By */s/ Sergei Lemberg*
              Sergei Lemberg, Esq.