## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEVIN MURPHY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No.  1:16-cv-11453 |
| v. | : | |
| | : | |
| VERDE ENERGY USA, INC.; and DOES 1-10, inclusive, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal

with prejudice and without cost to either party.

Dated:  October 28, 2016


*/s/ Sergei Lemberg*
_____
 Sergei Lemberg (BBO# 650671)
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com

*Attorneys for Plaintiff*

*/s/ Stephen I. Hansen*
_____
Stephen I. Hansen, BBO #679134
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor
Boston, MA 02110
P: 617.342.6838
F: 617.342.6899
shansen@eckertseamans.com

*Attorneys for Defendant,*
*Verde Energy USA, Inc.*


BY THE COURT :


_____

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I delivered a copy of the foregoing

STIPULATION TO DISMISS upon the persons indicated below via ECF notification:

Stephen I. Hansen, BBO #679134
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor
Boston, MA 02110
P: 617.342.6838
F: 617.342.6899
shansen@eckertseamans.com

*Attorneys for Defendant,*
*Verde Energy USA, Inc.*


*/s/  Sergei Lemberg*
Sergei Lemberg, Esq.

*Attorneys for Plaintiff*